LAUTENSCHLAGER v. BOARD OF TRANSPORTATION

No. 83 PC.

Case below: 25 N.C. App. 228.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

LEASING, INC. v. DAN-CLEVE CORP.

No. 84 PC.

Case below: 25 N.C. App. 18.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 6 May 1975.

LUCAS v. STORES

No. 71 PC.

Case below: 25 N.C. App. 190.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 6 May 1975.

MOORE v. TRUST CO.

No. 52 PC.

Case below: 24 N.C. App. 675.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

OIL CO. v. OIL AND REFINING CO.

No. 82 PC.

Case below: 25 N.C. App. 82.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.